

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-5-2009

# USA v. Charles Bornman

Precedential or Non-Precedential: Precedential

Docket No. 07-3447

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Charles Bornman" (2009). *2009 Decisions.* Paper 1278.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1278

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 07-3447

———————

UNITED STATES OF AMERICA

v.

CHARLES BORNMAN
Appellant

———————

On Appeal From the United States District Court
For the District of the Virgin Islands
(D.C. Crim. Action No. 03-cr-00127-1)
District Judge:  Hon. Raymond L. Finch

———————

Argued December 10, 2008

BEFORE:  FISHER, JORDAN and
STAPLETON, *Circuit Judges*

(Opinion Filed March 6, 2009)

———————

ORDER AMENDING OPINION

STAPLETON, *Circuit Judge*:

The Court having concluded that the phrase, "quid pro quo" is utilized in appellants' briefing solely in the context of the argument addressed and resolved in the paragraph of its opinion bridging pages 11 and 12,

NOW THEREFORE, IT IS ORDERED that the opinion in this matter filed on March 6, 2009, is hereby amended as follows:

On page 12, the first paragraph of **V. Additional Count Two Arguments** is deleted in its entirety.

The next paragraph of that section, which now becomes the first paragraph, is amended by adding the following new first sentence:

> Bornman makes several additional arguments relating to Count Two which we find without merit.

The second sentence of that paragraph is amended by striking the word "also".

By the Court

/s/   Walter K. Stapleton
*Circuit Judge*

DATED: May 5, 2009